In the Matter of ROBERT GOODMAN, Petitioner, against HENRY H. CURRAN, as Chief City Magistrate, Respondent.— In a proceeding brought pursuant to section 162 of the Inferior Criminal Courts Act to review the determination of the Chief City Magistrate of the City Magistrates' Court of the City of New York finding the petitioner guilty of charges presented against him and removing him from his position of probation officer, determination unanimously confirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the Application of THE MORTGAGE CORPORATION OF NEW YORK and CHRISTOPHER W. WILSON, as Trustees of a Certain Mortgage Covering Property Located in the County of Kings, State of New York, and Known as No. 279 Washington Avenue, Brooklyn, New York, for an Order Directing the Payment of the Surplus Income of Said Property to Be Applied Toward the Reduction of the Past Due Principal of the Said Mortgage, or Permitting Foreclosure of the Said Mortgage Pursuant to the Provisions of Section 1077-c of the Civil Practice Act. WEXLER REALTY CORP., Appellant; THE MORTGAGE CORPORATION OF NEW YORK and CHRISTOPHER W. WILSON, as Trustees of a Certain Mortgage Covering Property Located in the County of Kings, State of New York and Known as No. 279 Washington Avenue, Brooklyn, New York, Respondents.— In a proceeding instituted pursuant to the provisions of section 1077-c of the Civil Practice Act, order granting respondents' motion and directing appellant, Wexler Realty Corp., to pay over to the respondents a specified part of the surplus produced by the real property herein involved over and above the taxes, interest and carrying charges thereof during the six months' period ending on June 9, 1940, to be applied in reduction of the past due principal of the mortgage, affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of FRANK STAUDER, Appellant, against HARRY J. WORTHING, as Superintendent of Pilgrim State Hospital, Respondent.— Order denying appellant's application for an order directing respondent to reinstate appellant to the position formerly held by him as an attendant in the Pilgrim State Hospital, and dismissing the petition, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.